**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kirby Patrick BRAXTON,
Defendant–Appellant.**

**No. 08–6650.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 11, 2008.

Kirby Patrick Braxton, Appellant Pro Se. Rudolf A. Renfer, Jr., Stephen Aubrey West, Assistant United States Attorneys, Ethan Ainsworth Ontjes, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kirby Patrick Braxton appeals the district court's order denying his Motion to Modify Payment Schedule. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Braxton,* No. 4:05–cr–00105–F–1 (E.D.N.C. Apr. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*